AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 19, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| LINDA D., | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, |  |
| *Defendant* |  |

Civil Action No.   1:24-CV-03073-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:    Plaintiff's Brief, ECF No. 9, is GRANTED in part regarding Plaintiff's request to remand the case and DENIED in part regarding Plaintiff's request to remand for an award of benefits; Defendant's Brief Requesting Remand, ECF No. 13, is Granted; This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Lonny R. Suko

Date:    March 19th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*